# EXHIBIT B

# Settlers West Home Builder LLC
## Specific Terms

Contract Date: July 6, 2022                                    CONSTRUCTION CONTRACT (For use In Arizona Only)

Homeowner(s) Elizabeth Matthews          ROC#289857

Address: Information
Property Address: 5199 N. 1st Ave Tucson AZ 85718
Plan Number: Custom Plan - Matthews Res. Guest house plans
Purchase Price to complete the home project:          $304,300.00

## General Terms

A. **Scope of work.** Contractor shall construct a residence for Owner in accordance to this contract and the Matthews Residence custom guest house plans. Homeowner is also known as Owner and Builder is also known as Contractor within this contract.

B. **Contract Price.** Owner agrees to pay Contractor for the work described herein, the Purchase price plus the price for any additional work done and/or materials supplied pursuant to this Contract, and subsequent written change order, must be accepted and approved by owner and Contractor. All change order must be agreement between each party in writing. The homeowner will be charged change order amount together with applicable Arizona State sales tax (collectively the "Contract Price.")

C. **Payment.** This is a cash purchase. Homeowner will pay builder a 50% builder deposit upon singing this contract. Homeowner shall make progress payments on work completed and/or materials supplied within ten (5) days after receipt of the request for the draw/progress payment made, and shall make the final payment within (3) days after Contractor notifies Owner that the work is substantially completed as provided In Section (J) below. All payment shall be made in accordance to the draw breakdown below.

C1. **Direct Payments Only.** Owner shall make all payments directly to Contractor, not in a Joint payee check.

C2. **Work Stopped until Payment is Made.** If Owner fails to make any payment when due, or fails to timely perform any of Owner's obligations under the Construction Contract, all work will immediately stop and interest shall accrue on any unpaid progress payment at one percent (1%) per month. Work shall not resume until Owner performs the obligation(s) and makes all progress payments that are due together with accrued interest, plus an additional $800 restart fee. Owner shall not withhold or delay any payment under this Contract to Contractor pending receipt of any lien release documents. Upon Owner's request, Contractor shall provide to Owner lien releases from all subcontractors and suppliers as and when received by Contractor.

C3. **Description of Draw Breakdown:**

Draw 1 Builder Deposit 50% $152,150.00 Due upon signing this contract

Draw 2 20% $60,860.00 Due upon completion of concrete foundation

Draw 3 15% $45,645.00 Due upon completion of framing

Draw 4 10% $30,430.00 Due upon completion of intermediate trades

Draw 5 5% $15,215.00 Due upon completion of project and passed final county inspection

This contract does not include any allowances for any additional engineering or special requirements the governing municipalities may require. This contract does not include any allowance for sprinkler system that may be required by the any governing municipalities.

1 of 5    E-M
         Initials          Initials

D. <u>Owner's Responsibilities</u> <u>Pre-Construction.</u> Owner shall, at Owner's sole expense, or unless included within the contract, BE responsible for the following prior to the start of construction: (1) To notify contractor of and to comply with all special building codes of the property, including but not limited to wind, sound, flood plain requirements, soil characteristics, and any and all other matters which would affect the contractor's ability to complete construction In accordance with the terms of this Contract. Owner shall pay for all related architectural, engineering, geotechnical engineering and product costs which may result from the pre-construction obligations imposed upon the owner; (2) to purchase a home that complies with their local covenants, conditions and restrictions; (3) to make immediate application for and obtain any needed financing; (4) to clear all title issues relating to the Property; (5) to provide an appropriate and accessible building site, correctly zoned for the structure: (6) to identify the boundaries of the Owner's property by stakes, at all corners and maintain such stakes in proper position and location throughout construction; (7) to position the house and garage on the Property. (8) Owner shall in all events be solely responsible to pay/reimburse Contractor for all permitting and engineering costs incurred; (9) to provide temporary power no more than 70 feet from the foundation site; (10.) to have an operating temporary water spigot not more than 30 feet of the foundation site or, pay $250 per 2,500 gallon water tank fill needed for construction; (11) to provide appropriate construction access, including an all-weather roadway not less than 15 feet wide that extends into the attached garage (or within 3 feet of the foundation if no garage) and turn-around area that are of adequate width, length, stability, curve radius and grade for very large and heavy trucks (60 ft. in length and 80,000 lbs.) and minimum 16 ft overhead clearance, as further specified in Description of Materials; and (12) to make themselves available to meet with their Contractor at the building site for a site visits during the week from Monday through Friday, 8:00am to 3:00pm promptly after the Contract is signed.

D1. <u>Hard Dig Clause</u>
Due to the native hard rock soil conditions in our State, customer understands contract price does not include hammering, rip rap for erosion control, ledge rock by any method. The contract does include digging with an 8,000 lb mini excavator and bobcat. Price does not include chipping, drilling, splitting, ripping, hammering, blasting, or chemical agent either by hand work or machinery, plant revegetation or saguaro removal, saguaro transplanting. If Contract includes an allowance for excavation work, it does not include hard digging, unless a hard dig contingency amount, with a specific amount of hours is provided under section C. Otherwise, should any hard dig or dig requiring machinery and operator different than a min excavator and bobcat, cost shall be $100 per hour for backhoe and $170 hourly for hammer machinery and operator and shall be at owners sole expense. Material may not be usable and may need to be exported. Trucking cost shall be supplied to customer, prior to removal. If hammering is required, builder shall provide, up to, 20 hours of hammering on the job.

D2. <u>Dirt Material</u>
Owner understands, unless specifically shown on A1 within plan pages, clean dirt fill material may be required. Each truck containing approximately 25 tons of dirt shall be provided at a cost $340.00 per load to deliver and spread.

E. <u>Owner's Responsibilities- During Construction.</u> Owner shall, at Owner's sole expense or, unless included within the contract, be responsible for the following during the course of construction and prior to occupancy. (1) Owner must establish or grant necessary easements and/or obtain necessary easement required by utility companies to provide necessary utility services to confirm site clearing, soil compaction, property drains, backfilling final grading, erosion control, storm drains, the installation of any patios, steps, walkways, aprons, drains or other items which are necessary to conform to government and lender requirements and in accordance with all applicable codes; (2) to not make changes with Sub-Contr utility companies for applications, connection fees, and/or utility service fees during construction. Each build requires no more than 2, 40 yard dumpsters for construction debris. Each additional shall be at Owners expense of $400 per dumpster.

E1. <u>No Modifications.</u> Owner understands and agrees not to make any changes, modifications or substitutions to any part of the structure and/or its systems, either personally or through another, at any time without advance, written approval from Contractor, and that ANY SUCH CHANGES, MODIFICATIONS OR SUBSTITUTIONS SHALL VOID ALL WARRANTIES UNDER THIS CONTRACT. Any such changes, modifications or substitutions will also result in Contractor stopping work until such changes, modifications, or substitution; are removed or corrected as directed by Contractor.

2 of 5 _FM_ _____

Initials        Initials

E2. **Contractor's Remedies.** If Owner violates any provision or fails to perform any obligation required under Section D and/or E above, Contractor may, at its sole discretion. exercise any or all of the following remedies: (a) cancel this Contract without further obligation of Contractor, and Owner shall pay Contractor in full for all work performed, materials supplied, and financial loss as provided in Section L, within ten (10) days of invoice; (b) perform the Owner's obligation, or remove or correct any of Owner's unauthorized or defective work, for which Owner shall pay Contractor the cost of labor and materials plus an additional 25% of the cost thereof for Contractor's overhead and profit, within ten (10) days of invoice; (c) declare the contract balance Immediately due and payable by Owner; (d) stop work until Owner pays the $800 restart fee and restores and/or corrects the work to it's original condition or otherwise cures the breach to Contractors satisfaction, all at Owner's sole cost, or pays any sums due to Contractor; (E) require all further communication between parties be solely in writing or via email; and/or (f) exercise any other remedies that are available to Contractor under Law or this Contract. If contractor files suit to enforce its rights hereunder, the prevailing party shall be entitled to receive its costs and reasonable attorney fees.

F. **Contractor Responsibilities** Contractor shall be responsible for the following: (1) To be solely responsible for all Contractor's work under this contract and for the coordination of all work on the property; (2) to provide and pay for all labor, materials, and all other facilities and services necessary for the proper completion of Contractor's work in accordance with the Plans and Specifications associated with the Plan selected by Owner that are not Owner's responsibility; (3) Contractor shall only and solely comply with standard IRC building codes NOTE: Owner understands and agrees that the Plans and Specifications associated with their Plan selected by Owner are typical only and may contain items and details on the Detail Sheet and elsewhere that are not part of this particular Contract. Likewise, the plans, specifications, details, materials, decorations, furnishings, options and color selections displayed in any Model Home viewed by Owner are for illustrative purposes only and are not a part of this Contract except as specified on the Home Specification Sheet and/or Upgrade List attached to this Contract and paid for by Owner. Owner also understands that all uninstalled materials shall remain the property of Contractor. Owner also understands that Contractor may arrange for extra materials to be delivered on the job for the convenience of its subcontractors, and all uninstalled materials shall remain the property of Contractor. Owner shall not use, co-opt or appropriate these extra materials * for any purpose or Owner shall pay Contractor the cost of the extra materials plus 10% within ten (10) days of invoice. Nothing herein shall alter Owner's obligation to keep the building site free of rubbish and swept up and clean during construction.

G. **Use and Responsibility of Subcontractor** Owner agrees and acknowledges that Contractor may use one or more Subcontractors to complete work on the residence. Contractor shall have the sole discretion to select Subcontractors. Owner acknowledges that each Subcontractor is solely and exclusively responsible for the conduct of that Subcontractor's employees and agents. Owner acknowledges that Contractor does not have the right to control the behavior of any Subcontractor's employees or agents and that Contractor does not control the manner, method or means by which an employee or agent of the Subcontractor completes job duties for Subcontractor. Owner shall report any dispute regarding the conduct or behavior of one or more of Subcontractor's employees or agents to Contractor's main office or assigned Job Superintendent. Provided, that no such dispute shall affect or alter this Contract or the Owner's obligations hereunder. Owner shall not discuss any changes directly with sub contractors.

H. **Starting and Completion Dates** Construction is deemed commenced on the date that the concrete forms are set on the building site for homes using Contractor's stock home plans. Construction is typically completed about 450 days after the concrete forms have commenced. Owner understands builder shall need time to construct project properly and cannot provide any-other projections during build. Contractor will provide an estimated completion when build is approximately 30 days from completion.

I. **Change orders:**
Generally. Owner may only request changes to the Work in the nature of additions or deletions of options found on the Upgrade List. Change Orders shall be subject to a $250 administrative fee, must be in writing within a change order request form and approved by the Contractor and paid in full in order for contractor to schedule work and guarantee provided pricing.

J. **Final Payment Punch List.** Once Contractor notifies Owner that the work is substantially completed and the certificate of occupancy has been issued, and after the Owner has paid to Contractor the final payment of the entire Contract Price less retainage (if any), then one (1) single written List of work to be completed or corrected (the "Punch List") may be made and only according to the following procedure: (1) Owner shall contact Contractor to arrange for a walk thru time that is typically between 8:00 a.m. and 3:00 p.m., Monday through Friday, (NOTE: Owner's failure to schedule or appear for the walk thru shall constitute Owner's acceptance of all work "as is" and waive if any additional completive or corrective work.); (i) At the walk-thru, Owner and Contractor shall jointly prepare the single punch List of work for which Contractor is responsible to complete or correct to comply with the standards set forth in the "2-10 America's Choice Home Buyer's Warranty" (the "Warranty"); (iii) Contractor shall complete all work stated on the Punch List for which Contractor is responsible to comply with the standards set forth in the Warranty in a reasonable amount of time. Owner shall not contract with any alternative contractor for the performance or completion of work, nor claim a credit back-charge for the cost of completing any items stated on the Punch List or otherwise, nor occupy or use Contractor's work until and unless Contractor has completed the Punch List work. If this is a cash transaction only, Owner may withhold a contractually defined retainage of not *more* than five percent (5%) of the final payment pending completion of the Punch List. Notwithstanding anything contained herein, if Owner commences to use or occupy the home or any space in which Contractor performed work, Owner accepts all work "as is" and waives any further claim against Contractor for additional, completive or corrective work. Owner understands and agrees for himself, his successors and/or assign(s) that there will never be a supplemental or additional Punch List other than the single Punch list created pursuant to this Paragraph between Owner and Contractor and that in the event of sale or transfer of the Property to a third party the Owner will carefully explain this to the Owner's successors or assigns). The work listed within the final punch list will only be cosmetic or minor imperfections that will not restrict the home from being functional and/or habitable.

3 of 5   FM
   ———————   ———————
   Initials      Initials

K. **Occupancy** Owner assures Contractor that the dwelling will not be occupied until such time as all obligations of Contractor and Owner have been fully performed, including payment in full of the final payment and all other funds due to Contractor, and final inspection approvals from lender and government agencies have been obtained. Contractor shall be relieved of all further construction responsibility and the entire unpaid balance of the Contract price is due and payable upon the earlier of either (I) completion of the Contractors' work (except for items on the Punch List) or (2) occupancy by Owner. Any early-occupancy penalty or condition levied by a lender or government agency will be the sole responsibility of the Owner. In the event that the Owner fails to promptly provide any improvement or correction required of the Owner to obtain any lender or government inspection approval, Owner agrees that Contractor may elect to perform such requirements on behalf of Owner, who shall pay Contractor its labor and material costs plus twenty-five percent (25%) within 10 days of invoice.

L. **Time of Essence Damages Confidentiality & Use of Plans Injunction.** Time is of the essence of the performance of any monetary obligation herein. Owner agrees that Contractor will immediately incur considerable expenses on behalf of Owner for such items as property visits, travel, plans, bidding, correspondence, permit preparation, engineering costs etc., upon executing this Contract, and would suffer financial harm in the event Contractor does not finish the construction due to Owner's failure to perform any of Owner's obligations hereunder for any reason, Therefore, in the event of such breach by Owner, Owner agrees to protect Contractor from all financial loss by paying Contractor for all work performed and materials supplied plus a sum equal to five percent (5%) of the contract price for administrative damages, and an additional ten percent (10%) of contract price for Contractor's loss of profit upon receipt of notice from Contractor of such breach by Owner. All of Contractor's plans, blueprints, engineering, contracts and other documents are the exclusive property of Contractor, are to be kept confidential and may not be used at any time for any purpose by anyone except Contractor before, during, or after the completion, expiration or termination of this Contract. If the homeowner provides their own plans they will own their plan design. In the event of Owner's actual or threatened breach of this Section L, the Contractor shall be entitled to a preliminary restraining order and injunction restraining Owner from violating provision, it being expressly agreed between the parties that irreparable harm would result to Contractor. Any such order shall be issued only upon posting a bond of no more than $1,000.00 to protect the Owner in the event it is subsequently determined by a court that the preliminary injunction was wrongfully issued, it being expressly agreed by Owner that his damages, if any, are speculative and not ascertainable in advance.

M. **Extension of Time.** Notwithstanding anything contained herein, the contractor times for Contractor's performance shall be extended for a reasonable time when The Contractor is delayed in work progress by Change Orders, site-specific engineering, geo-tech analysis (or equivalent), meeting, SEPA or other requirements for wetlands/sensitive areas, or meeting the requirements of any other governmental agency, labor disputes, subcontractor delays or disputes, fire, prolonged Transportation delays, injuries, acts of God, inability to obtain materials or labor, inclement weather, the failure of Owner or Owner's agent to timely perform any work or make any payment when due, or other causes beyond the reasonable or practical control of Contractor or which would otherwise justify the delay. Notwithstanding the cause of any delay, Contractor shall not be responsible for any incidental, consequential or delay damages of Owner, including, but not limited to, loan extension fees, additional loan interest or rent.

N. **Insurance Risk of Loss** Until the Work Is completed and final payment has been made to Contractor, Owner shall, at Owner's sole expense, for the entire period the Work is being performed (a) keep liability and builder risk policy insurance that will protect both Owner and Contractor from property damage that may arise out of the Work under this Agreement and shall maintain property insurance upon the Project for its full estimated replacement cost as of time of any loss. The property insurance shall include Owner, Contractor and Contractor's subcontractors as named additional insureds, shall be on all-risk policy forms and shall insure against the perils of fire and extended coverage and physical loss, theft or damage of all materials, installed or uninstalled. If Owner elects to purchase this insurance with voluntary deductible amounts, Owner shall be responsible for payment of costs not covered because of such deductibles. Losses under such insurance will be adjusted with and made payable to Owner as trustee for the parties insured as their interest appears. Owner and Contractor hereby waive all claims against each other for fire damage or damages for other perils covered by insurance provided in this paragraph. All risk of loss remains on Owner

0. **Disputes and arbitration.** The parties will make a collective effort to first resolve any dispute without resorting to arbitration. If a dispute cannot be so resolved between the parties then any suit must be filed with The American Arbitration Association in Phoenix, AZ. Any action to enforce a lien shall be filed in the county in which the property is located, and shall be decided according to the Mandatory Arbitration rules of that county. Each party hereby expressly waives a jury trial, waives the Mandatory Arbitration dollar limits that may be in effect at the time of suit, and waives all claims that could be asserted by a representative, private attorney general, member of a class or in any other representative capacity. The arbitrator shall have authority to determine the amount, validity and enforceability of a lien as well as the claim for damages. The arbitrator's award shall be final and binding, judgment may be entered thereon in any court having jurisdiction, and both parties each waive their right to file any appeal for a trial de novo, thus assuring cost-effective finality of any decision rendered. In the event a party fails to proceed with arbitration or fails to comply with the arbitrator's award, the other party is entitled to costs and expenses of suit, including reasonable attorney's fee, for having to compel arbitration or defend or enforce the award. Each party agrees to keep all disputes and dispute resolutions private.

4 of 5   _EM_
_____  _____
Initials       Initials

P. **General Provisions.** This Contract (including its reference to other documents) contains the entire and final agreement of the parties with respect to the transactions described herein. There are no other representations, warranties, understandings or agreements other than those, expressly set forth or referred to herein, 'the validity of any provision of this Contract shall not affect the validity of any other provision hereof. In the event any one or more of the provisions of this Contract are held to be invalid, this Contract shall be construed and enforced as if such invalid provisions had never been contained herein. This Contract shall be binding to the benefit of the parties hereto and their heirs, executors, administrator, and successors. Failure of any party to exercise any right or option arising out of a breach of this Contract shall not be deemed a waiver of any right or option with respect to any subsequent or different breach, or the continuance of any existing breach. This Contract may not be amended, modified, superseded or canceled, and none of the terms, covenants, representations, warranties and conditions may be waived, except as provided herein or by written instrument executed by all of the parties hereto or, in the case of a waiver, by the party waiving compliance. Owner gives Contractor permission to investigate any banking, outstanding loan information and all finance information in regards to funding the complete project. IN NO EVENT SHALL CONTRACTOR BE LIABLE TO OWNER FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES UNLESS SPECIFIED HEREIN. OWNER REALIZES AND ACKNOWLEDGES THAT ENTRY UPON THE DEVELOPMENTS THE PROPERTY DURING CONSTRUCTION CAN BE DANGEROUS AND THAT HAZARDS MAY EXIST WHICH ARE NOT OBSERVABLE. OWNER'S ENTRY SHALL BE SOLELY AT HIS OR HER OWN RISK. OWNER DOES HEREBY WAIVE ANY AND ALL CLAIMS AGAINST CONTRACTOR FOR INJURY OR LOSS TO PERSON OR PROPERTY ARISING OUT OF OR IN CONNECTION WITH SUCH ENTRY BY OWNER OR ANY OTHER PERSON ACCOMPANYING HIM OR ENTERING AT HIS DIRECTION, AND OWNER SHALL DEFEND AND HOLD CONTRACTOR HARMLESS FROM AND AGAINST ANY INJURY, LOSS, DAMAGE, OR EXPENSE TO PERSONS OR PROPERTY ARISING OUT OF OR IN CONNECTION WITH ANY SUCH ENTRY. OWNER MAY NOT ENTER THE PROPERTY WITHOUT CONTRACTOR'S PERMISSION.

Q. **Warranty; Construction Defects.** Except as otherwise provided in this Agreement, Contractor extends a limited warranty, the terms, coverage, limitations and exclusions being specified in the "2-10 America's Choice Home Buyer's Warranty" (the "Warranty") by Home Buyers Warranty Corporation being offered at the time the house is completed, a pro forma copy of which is an Addendum to this Agreement. Notwithstanding anything to the contrary in the Warranty, the Warranty applies only as to the Work provided by Contractor pursuant to this Agreement and does not cover any of the tasks that are Owners responsibility under this Agreement. Builder will conform to It's variances set forth within the 2-10 America Choice Home Buyers Warranty. Owner agrees that cracks in the foundation, stucco, drywall, or floor squeaks and moans are normal occurrences and are not covered by any warranty. Drywall and Stucco company shall make 1 customer initiated visit within 1 year of build to repair cracks. Owner understands all crack repairs and paint will not match existing work performed. Owner understands exterior doors and windows will be in use during construction and will be touched up, not replaced, should there be usage that effects the overall appearance of these items. During construction, materials may require touch up. If the item can be repaired, owner understand builder will make necessary repairs, not replace the item due to a cosmetic defect only. Owners understand new home construction materials may be transported and delivered with some cosmetic flaws, due to the nature of the shipping and handling of the materials. Owner understands builder shall replace or repair item at builders discretion. Owner understands it is acceptable and not considered a defect for materials to contain slight color variances within the materials, including but not limited to, concrete, wood materials, countertop, roofing, tile and grout materials.

Q1. **WARRANTIES** THERE ARE NO OTHER WARRANTIES. EXPRESSED OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL CONTRACTOR BE LIABLE.TO OWNER FOR ANY SPECIAL, INDIRECT' OR CONSEQUENTIAL DAMAGES UNLESS SPECIFIED HEREIN. PURCHASER DWELLING ACT'. A.R.S. 12-1361. CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST THE CONTRACTOR OF YOUR HOME. NINETY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE THE CONTRACTOR THE OPPORTUNITY TO MAKE AN OFFER TO REPAIR OR PAY FOR THE DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADEBY THE CONTRACTOR. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER STATE LAW. AND FAILURE TO FOLLOW THEM MAY AFFECT' YOUR ABILITY TO FILE A LAWSUIT.

Q2. **12-1365. Notification. Right to file a complaint with the register of contractors.** Under Arizona revised statutes section 32-1155, a buyer of a dwelling has the right to file a written complaint against the homebuilder with the Arizona Registrar of Contractors within two years of the commission of an act in violation of Arizona revised statutes section 32-1154, subsection A. (520) 628-6345 Registrar of Contractors, website http://www.azroc.gov

EXECUTED as of the day and year first set forth above.

OWNER _____ Date 7/6/02

OWNER _____ Date _____

_____ Date 7/6/22
Representative of Settlers West Home Builder LLC

5 of 5   FM  _____
         Initials   Initials